Keith L. Gibson (*Pro Hac Vice*)
**KEITH GIBSON LAW P.C.**
586 Duane Street, Suite 102
Glen Ellyn, IL 60137
Telephone: (630) 677-6745
Email: keith@keithgibsonlaw.com

*Attorneys for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHELSEA GARLAND, TONYA HUGHES, NATASHA HERNANDEZ, GEANEEN COJUM, ARSENIO PELAYO, ALBERT FITCH, PAULEEN MARA, LORA PREMO, URCELINA MEDEIROS, RUBY SMITH, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>6201 HOLLYWOOD DONUTS LLC, BURTON RESTAURANTS, LLC, RW OAKLAND LLC, MADISON FOOD MANAGEMENT, LLC, DUNKIN DONUTS FRANCHISING LLC, GOLDEN GATE RESTAURANT GROUP LLC,<br><br>Defendants. | Case No.: 3:23-cv-06621-SI<br><br>**[PROPOSED] ORDER GRANING AGREED JOINT STIPULATION FOR EXTENSION OF THE BRIEFING DEADLINES ON DEFENDANT'S MOTION TO DISMISS** |

On January 28, 2025, the parties filed an Agreed Joint Stipulation for extension of the briefing deadlines on Defendant's motion to dismiss. The Court, have considered the parties Joint Agreed Stipulation, hereby GRANTS the parties' request and extends the briefing schedule as follows:

Plaintiffs' January 29, 2025 deadline to file a Response to Defendant's Motion to

Dismiss shall be extended by 14 days to February 12, 2025.

Defendant's February 5, 2025 deadline to file a Reply in Support of Its Motion to Dismiss shall be extended to March 5, 2025.

The Hearing Date of March 14, 2025, to remain as docketed.

**IT IS SO ORDERED.**

January 28, 2025

_____
Hon. Susan Illston
United States District Judge

LEGAL02/45515811v1