| | |
|---|---|
| 1 | David B. Carpenter (*pro hac vice*) |
|  | Brett E. Coburn (*pro hac vice*) |
| 2 | **ALSTON & BIRD LLP** |
|  | 1201 West Peachtree Street, Suite 4900 |
| 3 | Atlanta, Georgia 30309 |
| 4 | Telephone: (404) 881-7000 |
|  | Facsimile:  (404) 881-7777 |
| 5 | david.carpenter@alston.com |
|  | brett.coburn@alston.com |
| 6 | |
| 7 | Meghan M. McBerry (SBN 334464) |
|  | **ALSTON & BIRD LLP** |
| 8 | 560 Mission Street, Suite 2100 |
|  | San Francisco, CA 94105 |
| 9 | Telephone: (415) 243-1000 |
|  | Facsimile: (415) 243-1001 |
| 10 | meghan.mcberry@alston.com |
| 11 | Attorneys for Defendant |
|  | **Dunkin' Donuts Franchising LLC** |
| 12 | |
| 13 | [Additional Counsel Listed on Signature Page] |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHELSEA GARLAND, TONYA HUGHES, NATASHA HERNANDEZ, GEANEEN COJOM, ARSENIO PELAYO, ALBERT FITCH, PAULEEN MARA, LORA PREMO, URCELINA MEDEIROS, RUBY SMITH, individually and on behalf of all those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> 6201 HOLLYWOOD DONUTS LLC, BURTON RESTAURANTS, LLC, RW OAKLAND LLC, MADISON FOOD MANAGEMENT, LLC, DUNKIN' DONUTS FRANCHISING LLC, GOLDEN GATE RESTAURANT GROUP LLC, <br><br> Defendants. | Case No.: 3:23-cv-06621-SI <br><br> **JOINT NOTICE** |

Plaintiffs Chelsea Garland, Tonya Hughes, Natasha Hernandez, Geaneen Cojom, Arsenio Pelayo, Albert Fitch, Pauleen Mara, Lora Premo, Urcelina Medeiros, Ruby Smith, and Defendant Dunkin' Donuts Franchising LLC, (together "Parties") respectfully notify the Court of the following facts:

- On February 20, 2025, a spokesman for Inspire Brands, the indirect parent company of Dunkin' Donuts Franchising LLC, announced that ""Effective March 5, dairy alternatives will be standard options for Dunkin' beverages at no additional cost to guests."

- The same spokeperson stated that: "This will allow guests visiting any Dunkin' location to enjoy traditional dairy or alternative dairy options in any beverage without an additional charge."

- The statements above were published both in national and regional media.

Dated: March 11, 2025                    Respectfully submitted,

/s/ Bogdan Enica

Bogdan Enica (*Pro Hac Vice*)
KEITH GIBSON LAW, P.C.
1200 N Federal Hwy. Ste.300
Boca Raton FL 33432
Telephone: (305) 306-4989
Email: bogdan@keithgibsonlaw.com

Keith L. Gibson (*Pro Hac Vice*)
KEITH GIBSON LAW, P.C.
586 Duane Street, Suite 102
Glen Ellyn, IL 60137
Telephone: (630) 677-6745
Email: keith@keithgibsonlaw.com

Trenton R. Kashima (SBN No. 291405)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC
402 West Broadway, Suite 1760
San Diego, CA 92101
Telephone: (619) 810-7047
Email: tkashima@milberg.com

*Counsel for Plaintiffs and the Putative Class*

*/s/ David B. Carpenter*
David B. Carpenter *(Pro Hac Vice)*
Brett E. Coburn *(Pro Hac Vice)*
ALSTON & BIRD
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7881
Email: david.carpenter@alston.com

Meghan M. McBerry (SBN 334464)
ALSTON & BIRD LLP
560 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
Email: meghan.mcberry@alston.com

*Counsel for Defendant*
*Dunkin' Donuts Franchising LLC*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that all other Signatories concur in this filing's content and have authorized this filing.

Dated: March 11, 2025                    **ALSTON & BIRD LLP**

                                         <u>/s/ Meghan M. McBerry</u>
                                         Meghan M. McBerry

                                         *Counsel for Defendant*
                                         *Dunkin' Donuts Franchising LLC*