United States District Court
Northern District of California

1

2

3

4                  UNITED STATES DISTRICT COURT

5                NORTHERN DISTRICT OF CALIFORNIA

6

7   CHELSEA GARLAND, et al.,                    Case No. 23-cv-06621-SI

8              Plaintiffs,

9         v.                                    **ORDER FOR SUPPLEMENTAL
                                                BRIEFING**
10  DUNKIN DONUTS FRANCHISING, LLC,
    et al.,
11
               Defendants.
12

13       Now pending before the Court is defendant Dunkin' Donuts Franchising, LLC's motion to

14  dismiss the First Amended Complaint. Dkt. No. 48. The Court held a hearing on the motion on

15  March 14, 2025. On March 11, just days before the hearing, the parties filed a Joint Notice

16  informing the Court that the policy/practice challenged in this disability discrimination case is no

17  longer in effect as of March 5, 2025. *See* Dkt. No. 74.

18       Accordingly, the Court hereby ORDERS the parties to provide supplemental briefing as to

19  whether plaintiffs' claims under the Americans with Disabilities Act are now moot in light of the

20  Joint Notice. Plaintiffs shall file a supplemental brief, not to exceed five pages, no later than April

21  4, 2025. Defendant Dunkin' Donuts Franchising, LLC may file a supplemental brief, not to exceed

22  five pages, no later than April 11, 2025.

23

24       **IT IS SO ORDERED**.

25  Dated: March 21, 2025

26  _____

27  SUSAN ILLSTON
    United States District Judge

28