UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHELSEA GARLAND, et al.,

        Plaintiffs,

    v.

DUNKIN DONUTS FRANCHISING, LLC, et al.,

        Defendants.

Case No. 23-cv-06621-SI

**JUDGMENT**

On April 21, 2025, the Court dismissed, without prejudice, the claims of the non-California plaintiffs (Pelayo, Fitch, Mara, Premo, Medeiros, and Smith), for lack of personal jurisdiction. The Court dismissed, with prejudice, the claims brought by the California-based plaintiffs (Garland, Hughes, Hernandez, and Cojom), for failure to state a claim. Dkt. No. 88.

On April 23, 2025, plaintiffs filed a notice voluntarily dismissing, without prejudice, this action as to the two remaining defendants. Dkt. No. 90.

Judgment is entered accordingly. The Clerk shall close the file.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: April 23, 2025

_____
SUSAN ILLSTON
United States District Judge